UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

HILLARY HOFFNER,

    Plaintiff,

v.

DAVID BARNHARDT and ASSOCIATED
LUMBER INDUSTRIES, INC.

    Defendants.                    No. 12-cv-239-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss entered on June 19, 2012 (Doc. 32) and the 60 Day Order entered on August 6, 2013 (Doc. 42), this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                              BY:    /s/*Sara Jennings*
                                        Deputy Clerk

Dated:   October 11, 2013

Digitally signed by
David R. Herndon
Date: 2013.10.11
14:49:16 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT